1 ROBERT W. FREEMAN
Nevada Bar No. 003062
2 Robert.Freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
3 6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
4 702.893.3383
FAX: 702.893.3789
5 *Attorneys for Defendants*

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA, SOUTHERN DIVISION**

8 **\*\*\***

9 HARRIE LEROY GENTRY,                    CASE NO. 2:19-cv-00222-GMN-CWH

10             Plaintiff,                 **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH**

11        vs.                             **PREJUDICE**

12 YORK RISK SERVICES GROUP, INC.,
Foreign Corporation; STEADFAST
13 INSURANCE COMPANY, a Foreign
Corporation; LYFT, INC., a Foreign
14 Corporation; TINA ROMAN, individually,
DOES I-XX; and ROE CORPORATIONS
15 I-XX ,

16             Defendants.

17

18        IT IS HEREBY STIPULATED and AGREED between Plaintiff HARRIE LEROY

19 GENTRY ("Plaintiff"), by and through his counsel, MAINOR WIRTH, LLP, and Defendants

20 YORK RISK SERVICES GROUP, INC., STEADFAST INSURANCE COMPANY, LYFT,

21 INC., and TINA ROMAN ("Defendants") by and through their counsel, LEWIS BRISBOIS

22 BISGAARD & SMITH LLP, that Plaintiff's Complaint against Defendants in the above-

23 entitled action shall be dismissed, with prejudice.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4828-6134-7987.1

IT IS FURTHER STIPULATED AND AGREED that each party is to bear their own attorneys' fees and costs.

DATED this 3rd day of July, 2019.

DATED this 3rd day of July, 2019.

MAINOR WIRTH, LLP

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Ash Marie Ganier*

*/s/ Robert W. Freeman*

By_____
   BRADLEY S. MAINOR, ESQ.
   Nevada Bar No. 007434
   JOSEPH J. WIRTH, ESQ.
   Nevada Bar No. 010280
   ASH MARIE GANIER, ESQ.
   Nevada Bar No. 014712
   6018 S. Fort Apache Road, Suite 150
   Las Vegas, Nevada 89148-5652
   *Attorneys for Plaintiff*

By_____
   ROBERT W. FREEMAN, ESQ
   Nevada Bar No. 003062
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

DATED this ____3____ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT